HAMMOND and CAMPBELL *against* MATHER and MATHER.

Two writs of *fi. fa.* may issue on the same judgment, into different counties at the same time.

C. P. KIRKLAND, moved to set aside the *fi. fa.* in this cause which had issued against the defendants' property in the county of Otsego; and one ground which he took was, that a *fi. fa.* had previously issued in the same cause into the county of Herkimer, returnable at last October term, which had been levied on the defendants' property, and before the sale under the first, this *fi. fa.* was issued into Otsego, returnable at this term; so that there were two writs of *fi. fa.* running at the same time, in two different counties.

*A. Conkling*, contra to show that this was correct practice, cited 2 Tidd, 912, 1 Archb. 216, 2 Dunl. 771.

*Curia.* The books of practice agree that this is regular.

Motion denied.